# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3672

_____

Mark T. Stinson, Sr.

Plaintiff - Appellant

v.

John P. Yates, Warden; Blair, Camp Unit Manager; Randle; Rendon, Camp Counselor; B. Crawford, Officer with BOP

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00213-JM)

---

## JUDGMENT

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

Appellant has not responded to the Court's order entered on 01/26/2023. It is hereby ordered that this appeal is dismissed for want of prosecution. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

March 10, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, March 10, 2023 11:27 AM |
| **Subject:** | 22-3672 Mark Stinson, Sr. v. John Yates, et al "judgment filed sua sponte dismiss case for want of prosecution" (2:22-cv-00213-JM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/10/2023

| | |
|---|---|
| **Case Name:** | Mark Stinson, Sr. v. John Yates, et al |
| **Case Number:** | 22-3672 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Appellant has failed to respond to the Court's order dated 1/26/2023 and the time for a response has expired. This appeal is dismissed for want of prosecution. Mandate shall issue forthwith. JAMES B. LOKEN, RALPH R. ERICKSON and DAVID R. STRAS Adp Mar 2023 [5253764] [22-3672] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Mark T. Stinson, Sr.: mstinson1@bellsouth.net

The following document(s) are associated with this transaction:
**Document Description:** Judgment
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_223672_5253764_JudgmentWAPJudgeDirection_505.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/10/2023] [FileNumber=5253764-0]
[0d2e6220912d9424f1c2d11e2da983287cdc3e42ef0f97cd8816b21f9bca5706e5b2fe52c372d2a34e0ed3b8538b340b667
1b2fc243d42a5a911b926975e6230]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Mr. Mark T. Stinson, Sr.

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5253764
**RELIEF(S) DOCKETED:**
  dismiss case for want of prosecution
**DOCKET PART(S) ADDED:** 7229355, 7229356, 7229357